UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HEATHER BAILEY, | ) |
| Plaintiff, | ) No. 4:14-CV-1631 RLW |
| v. | ) |
| GOLDEN STATE FOODS CORP. and DAVID LAX, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its review of the record. On October 9, 2015, Defendants filed a Motion for Protective Order Quashing Plaintiff's Notice of Videotaped Deposition Duces Tecum of Corporate Representative from Golden State Foods Corporation and Memorandum in Support (ECF No. 37). To date, Plaintiff has not filed a response to this Motion.[1]

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a response to Defendants' Motion for Protective Order Quashing Plaintiff's Notice of Videotaped Deposition Duces Tecum of Corporate Representative from Golden State Foods Corporation and Memorandum in Support (ECF No. 37) no later than **October 26, 2015**, or the Court will rule on Defendants' unopposed motion.

---

[1] Pursuant to E.D.Mo. L.R. 4.01, a party opposing a motion must file a memorandum in opposition within seven (7) days after being served with the motion.

Dated this 20th day of October, 2015.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**